UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:15-CR-1806-1 |
| | § | |
| LUIS GERARDO BETANCOURT | § | |

## **RESPONSE TO JURY NOTE NO. 1**

Count 5 alleges a conspiracy involving different events from Count 4.  Please continue with your deliberations.

SO ORDERED THIS 30TH DAY OF MARCH, 2017, AT MCALLEN, TEXAS.

Randy Crane
United States District Judge