# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Criminal Case 7:15−cr−01806 |
| Luis Gerardo Betancourt | § § | |

### RECEIPT FOR WITHDRAWAL OF EXHIBITS

Exhibits appearing on the Notice Regarding Exhibits entered on 9/29/2020 have been received by Nora Casiano, representative of Government.

Date: October 6, 2020                            _____
                                                                Signature